# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE PATRICK MAGANA et al.,<br><br>Defendants. | Case No. 2:17-cr-00228-KJD-PAL |

## ORDER

Based on the Government's Motion to Unseal the Case and to Partially Unseal the Indictment in the above-captioned matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the case be unsealed;

IT IS FURTHER ORDERED that the Indictment remain under seal at this time; and

IT IS FURTHER ORDERED that the Government file Exhibit A as a public version of the Indictment.

DATED this __17th__ day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

Redacted Version of Indictment

STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
richard.lopez2@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
|---|---|
| Plaintiff, | Case No. 2:17-cr- 228 |
| v. | **VIOLATION:** |
| LAWRENCE PATRICK MAGANA, ███████ | Conspiracy to Commit Wire Fraud (18 U.S.C. §§ 1343, 1349) |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Conspiracy to Commit Wire Fraud*
**(18 U.S.C. §§ 1343, 1349)**

1.  Beginning on a date unknown and continuing until on or about May 27, 2013, in the State and Federal District of Nevada and elsewhere,

**LAWRENCE PATRICK MAGANA,**

███████

1

defendants herein, and other conspirators, both known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to devise and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and to cause the interstate transmission of writings, signs, signals, and sounds for the purpose of executing that scheme, in violation of Title 18, United States Code, Section 1343.

## OBJECT OF THE CONSPIRACY

2. The object of the conspiracy was to enrich the conspirators by unlawfully using stolen credit card information to fraudulently induce businesses to provide goods and services, such as hotel rooms, tickets, and meals to the conspirators and to third parties.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy and scheme to defraud that MAGANA, ▮▮▮▮▮▮▮▮▮▮ and other co-conspirators recruited customers with promises of providing discounted Las Vegas hotel reservations.

4. It was further part of the conspiracy and scheme to defraud that MAGANA, ▮▮▮▮▮▮▮▮▮▮, and other co-conspirators used text messages, emails, and telephone calls to coordinate the booking of reservations for those customers.

5. It was further part of the conspiracy and scheme to defraud that MAGANA would use an Internet website to make a reservation in the customer's

name at a Las Vegas hotel and secure that reservation with a stolen credit card number he did not have authorization to use.

6. It was further part of the conspiracy and scheme to defraud that MAGANA, ▮▮▮▮▮▮▮▮ and other co-conspirators provided the customer with a confirmation of that customer's hotel reservation using email.

7. It was further part of the conspiracy and scheme to defraud that MAGANA, ▮▮▮▮▮▮▮▮, or other co-conspirators would secure payment from the customer in cash or prepaid cards, such as MoneyPak Green Dot card.

All in violation of Title 18, United States Code, Section 1349.

DATED: this 26th day of July, 2017.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney