# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMORSE COMPTON, JR.,<br><br>Defendant. | Case No. 2:17-cr-228-KJD-NJK |

[Proposed] Order Granting Stipulation to Extend Deadline Regarding Defendant Compton's Motion for Bill of Particulars and/or Motion to Dismiss the Indictment

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant Compton's motion filed at ECF 77 be extended to November 16, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant Compton be extended to November 30, 2020.

DATED November 2, 2020

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE