NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>LAMORSE COMPTON, JR.,<br><br>     Defendant. | Case No. 2:17-cr-228-KJD-NJK<br><br>**Stipulation to Extend Deadline Regarding Defendant Compton's Motion for Bill of Particulars and/or Motion to Dismiss the Indictment (Second Request) [ECF 77]** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Telia U. Williams, Esq., counsel for Defendant Lamorse Compton, Jr., that (1) the Government's deadline to respond to Defendant Compton's motion for bill of particulars and / or motion to dismiss the indictment (filed at ECF 77), currently set for November 16, 2020, be extended to November 18, 2020; and (2) Defendant's deadline to file any reply be extended to December 4, 2020.

This stipulation is entered into for the following reasons:

1.      On October 19, 2020, Defendant Compton filed a motion for bill of particulars and / or motion to dismiss the indictment (at ECF 77). Under Local Criminal

Rule 12-1(a)(2), the Government's response to this motion would be due on or before November 2, 2020.

2. On October 30, 2020, the parties submitted a stipulation, which the Court granted, extending the deadline to respond to Defendant Compton's motion to November 16, 2020.

3. The parties request a further, short extension of the briefing schedule so that the Government has adequate time to respond to the motion filed by Defendant Compton.

4. This is the second request for an extension of time regarding the briefing schedule on these motions.

5. Because trial is scheduled for March 8, 2021, the granting of this stipulation will not affect the trial date.

6. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 16th day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Telia U. Williams, Esq.  
TELIA U. WILLIAMS, ESQ.  
Counsel for Defendant COMPTON

/s/ Richard Anthony Lopez  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-228-KJD-NJK |
| Plaintiff, | |
| v. | |
| LAMORSE COMPTON, JR., | |
| Defendant. | |

**Order Granting Stipulation to Extend Deadline Regarding Defendant Compton's Motion for Bill of Particulars and/or Motion to Dismiss the Indictment**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant Compton's motion filed at ECF 77 be extended to November 18, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant Compton be extended to December 4, 2020.

DATED this 17th day of November, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE