LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Lamorse Compton, Jr*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMORSE COMPTON, JR.,<br><br>Defendant. | Case No.  2:17-cr-228-KJD-PAL<br><br>**Stipulation to Extend Deadline For Defendant's Reply to Government's Response to Motion for Bill of Particulars and/or Motion to Dismiss the Indictment**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Lamorse Compton, Jr, and Anthony Lopez, Esq., Assistant United States Attorney, counsel for the Government, that (1) the Defendant's deadline to reply to the Government's response to the Motion for Bill of Particulars and/or Motion to Dismiss the Indictment (*see* ECF 87), currently set for December 4 2020, be extended to December 7, 2020.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant, Lamorse Compton, filed a motion for bill of particulars and/or motion to dismiss the indictment (ECF 77) on October 19, 2020. The Government received an extension (ECF 82) and (ECF 85) in which to file a response, which also extended the defendant's deadline to reply to December 4, 2020.

2. The Government filed its response on November 18, 2020. (*See* ECF 87). Because

of the intervening holidays, defendant thus needs an additional extension to reply to government's response.

3. Counsel for the Government has no objection to this continuance.

4. This is the first request for the extension of time regarding the briefing by defendant.

5. Because trial is scheduled for March 8, 2021, the granting of this stipulation will not affect the trial date.

6. Denial of this request for continuance would result in a miscarriage of justice.

DATED: November 24, 2020

| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By:  /s/ Telia U. Williams | By:  /s/ Richard Anthony Lopez |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com<br><br>*Attorney for Defendant,* | Richard Anthony Lopez, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br><br>*Attorney for Plaintiff* |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMORSE COMPTON, JR.,<br><br>Defendant. | Case No. 2:17-cr-228-KJD-NJK<br><br>**ORDER** |

## ORDER GRANTING STIPULATION

Based on the Stipulation of counsel, stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Defendant to reply to Government's response to Defendant Compton's motion (ECF No. 87) filed be extended to December 7, 2020.

DATED: November 30, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE