# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY JACQUEL REBETTER;<br>LAMORSE COMPTON, JR.,<br><br>Defendants. | Case No. 2:17-cr-00228-KJD-NJK<br><br>ORDER |

Before the Court for consideration is the Order and Report and Recommendation (#91) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered December 16, 2020, recommending that Defendant Kimberly Jacquel Rebetter's Motion for Joinder (#79 ) to Defendant Lamorse Compton Jr.'s Motion for Bill of Particulars, or in the alternative, Motion to Dismiss (#77) be granted, and that Defendant Compton's Motion for Bill of Particulars, or in the alternative, Motion to Dismiss (#77) be denied.  Defendant Compton filed Objections (#92) to the report and recommendation to which the Government replied (#93).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Order and Report and Recommendation (#91) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered December 16, 2020, should be **ADOPTED** and **AFFIRMED**. The Court reviewed the Indictment and the parties' briefing and finds that as found by the magistrate judge, the Indictment clearly alleges Defendants' involvement in the alleged conspiracy, putting

Defendants on notice of each element of the crime, conspiracy to commit wire fraud. Further, the indictment adequately states the required mens rea. While Defendants may disagree with the Government's ability to prove the elements, a trial exists to put the Government to its burden. Further, Defendant Compton's objections reference the statute of limitations, but the Court could find no points or authorities in his motion or reply raising this issue. This explains its absence from the Judge Koppe's report and recommendation.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#91) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered December 16, 2020, are **ADOPTED** and **AFFIRMED;**

Defendant Rebetter's Motion for Joiner (#79) to Defendant Compton's Motion for Bill of Particulars, or in the alternative, Motion to Dismiss is **GRANTED;**

Defendant Compton's Motion for Bill of Particulars, or in the alternative, Motion to Dismiss (#77) is **DENIED.**

Dated this 3rd day of February, 2021.

 Kent J. Dawson
 United States District Judge