Telia Mary U. Williams, Esq.
Nevada Bar No. 9359
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 835-6866
telia@telialaw.com
*Attorney for Defendant*
*Lamorse Compton, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMORSE COMPTON, JR.;<br><br>Defendant. | Case No. 2:17-cr-228-KJD-NJK<br><br>**UNOPPOSED MOTION TO MODIFY PRE-TRIAL RELEASE CONDITION TO ALLOW INTERSTATE TRAVEL** |

Certification: This motion is timely filed.

Lamorse Compton, Jr., by way of his counsel, Telia Mary U. Williams, Esq., requests that he be allowed interstate travel for the purpose of accompanying his fiancée for a necessary surgical procedure. Mr. Compton currently resides in his home state of California on pre-trial release. For the purpose of this trip, Mr. Compton's would travel from Los Angeles to Chicago, Illinois on April 7, 2021. His return trip would take place on April 12, 2021. Mr. Compton would remain in contact with his Pre-Trial Services Officer during the trip, where necessary, and inform her when he is about to return home.

Mr. Compton is in good standing with his pre-trial release. His Pre-Trial Services Officer corroborates that Mr. Compton has been doing well on pre-trial release, and that she does not object to his request to travel with his fiancée to Chicago during the aforementioned dates.

Counsel for Mr. Compton has conferred with Government counsel, Anthony Lopez, Esq., Assistant United States Attorney, and he has no objection to this request.

Thus, Mr. Compton respectfully requests that he be permitted to travel consistent with this request.

Respectfully submitted, this 8th day of March, 2021.

                                      Respectfully submitted,

                                      /s/ *Telia Mary U. Williams*
                                      _____
                                      Telia Mary U. Williams, Esq.
                                      Counsel for defendant, Lamorse Compton, Jr.

**IT IS SO ORDERED.**

                                      _____
                                      **UNITED STATES MAGISTRATE JUDGE**

**DATED:**   3-10-2021

### Certificate of Service

I hereby certify that on March 8, 2021, I electronically served on Counsel of Record the foregoing by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                      *s/ David DaSilva*_____
                                      for the Law Office of Telia U. Williams