Telia Mary U. Williams, Esq.
Nevada Bar No. 9359
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Lamorse Compton, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMORSE COMPTON, JR.,<br><br>Defendant. | Case No. 2:17-cr-228-KJD-PAL<br><br>**MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

  Defendant Lamorse Compton Jr., by way of his counsel, Telia Mary U. Williams, Esq., requests that he be allowed to travel interstate for the purpose of going on a birthday trip paid by a close friend of his. Counsel has spoken to Anthony Lopez, Esq., Assistant United States Attorney, counsel for the Government, and he has no objections to the trip. Mr. Compton's Pre-Trial Services Officer has no objections to the trip. Therefore, Mr. Compton requests that the geographical restriction of Defendant's release conditions be modified to allow him briefly to travel between Los Angeles and Miami, on February 22, 2024, and to return to Los Angeles on February 24, 2024, provided that he give notice to his Pre-Trial Services Officer prior to travel, and notice upon his return.

/ / /

/ / /

/ / /

/ / /

Further, Mr. Compton's Pre-Trial Services Officer reports that he is currently in good standing, and has been for the several years that he has been on Pre-Trial release in this case.

DATED: February 19, 2024

LAW OFFICE OF TELIA U. WILLIAMS

By:   /s/ Telia Mary U. Williams

Telia Mary U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com

*Attorney for Defendant,
Lamorse Compton*

## Certificate of Service

I hereby certify that on February 19, 2024, I electronically served on Counsel of Record the foregoing by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/ David DaSilva*
for the Law Office of Telia U. Williams

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMORSE COMPTON, JR.<br><br>Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

IT IS HEREBY ORDERED that that the geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel between California and Florida, on February 22, 2024 and to return to California on February 24, 2024, provided that Defendant gives notice to his Pre-Trial Services Officer prior to travel and notice upon return.

DATED this 20th day of February, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

3